Petitioner's brief is due within 21 days from the date of filing of this order.

George E. McCLAIN, Jr., Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2006–3183.

United States Court of Appeals, Federal Circuit.

April 11, 2006.

ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

R. Renee SHOKOOHE, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2006–3149.

United States Court of Appeals, Federal Circuit.

April 18, 2006.

ON MOTION

*ORDER*

R. Renee Shokoohe moves without opposition for reconsideration of the court's March 14, 2006 order dismissing her petition for review for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination, with Rule 15(c) statement attached.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Shokoohe's motion for reconsideration is granted.

(2) The court's March 14, 2006 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(3) Shokoohe's brief is due within 30 days of the date of filing of this order.